| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143       **\*ORDER E-FILED 4/16/2008\*** |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WHIZZ SYSTEMS, Inc., )
) No. C 08-1100 HRL
      Plaintiff, )
)
  v. ) **STIPULATION TO EXTEND;**
) ~~XXXXXXX~~ **PROPOSED ORDER**
MICHAEL CHERTOFF, Secretary of the )
Department of Homeland Security; et al., )
)
      Defendants. )
)

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about February 25, 2008.

2. Pursuant to this Court's February 25, 2008 Order Setting Initial Case Management Conference, the parties are required to file a Joint ADR Certification by May 27, 2008, file a joint case management statement on June 10, 2008, and attend a case management conference on June 17, 2008.

3. It now appears that the case may resolve administratively within the next 60 days. Accordingly, in order to allow sufficient time for administrative resolution of the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

///

STIPULATION
08-1100 HRL            1

| | | |
|---|---|---|
| 1 | Last day for Defendants to Answer: | June 27, 2008 |
| 2 | Last day to file ADR Certification: | July 1, 2008 |
| 3 | Case Management Statement Due: | July 8, 2008 |
| 4 | Case Management Conference: | July 15, 2008, at 1:30 p.m. |

Dated: April 16, 2008                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: April 8, 2008                                    _____/s/_____
CHRISTINA H. LEE
Attorney for Plaintiff

## ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   April 16, 2008

_____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
08-1100 HRL                                    2