1  JOSEPH P. RUSSONIELLO, CSBN 44332          **\*ORDER E-FILED 5/12/2008\***
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
   WHIZZ SYSTEMS, Inc.,                      )
12                                           )   No. C 08-1100 HRL
                   Plaintiff,                )
13                                           )
             v.                              )   **STIPULATION TO DISMISS and**
14                                           )   **PROPOSED ORDER**
   MICHAEL CHERTOFF, Secretary of the        )
15 Department of Homeland Security; et al.,  )
                                             )
16                 Defendants.               )
                                             )
17 ───────────────────────────────────────────

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys

2    of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact

3    the U.S. Citizenship and Immigration Services has adjudicated and denied the I-140 application.

4    Each of the parties shall bear their own costs and fees.

5    Dated: May 12, 2008                              Respectfully submitted,

6                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
7

8                                                     _____/s/_____
                                                      MELANIE L. PROCTOR[1]
9                                                     Assistant United States Attorney
                                                      Attorneys for Defendants
10

11   Dated: May 9, 2008                               _____/s/_____
                                                      CHRISTINA H. LEE
12                                                    Attorney for Plaintiff

13                              PROPOSED ORDER

14
     Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby TERMINATED,
15
     and the Case Management Conference scheduled for July 15, 2008 is hereby VACATED.  The Clerk
16
     shall close the file.
17

18   Dated:   May 12, 2008

19                                                    _____
                                                      HOWARD R. LLOYD
                                                      United States Magistrate Judge
20

21

22

23

24

25

26

27

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
08-1100 HRL                                           2